IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2010 MAY 20 PM 1:59
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN THE MATTER OF: )  CASE NO. 01-52708
) JUDGE SHEA-STONUM
THE SUMMERFALL ) CHAPTER 7
COMPANIES, INC. )
)
DEBTOR )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

| Name/Address | Amount |
|---|---|
| MIDWEST IMPORTERS<br>SDS 10-0295<br>P.O. BOX 86<br>MINNEAPOLIS, MN 55486 | $521.72 |
| PORTMEIRION<br>P.O. BOX 5<br>NAUGATUCK, CT 06770 | $11.49 |
| EBELING & REUSS<br>6500 CHAPMANS ROAD<br>ALLENTOWN, PA 18106 | $108.08 |
| WINDSPORT, INC.<br>P.O. BOX 9425<br>AUSTIN, TX 78766 | $522.86 |
| ARTIQUITIES<br>13864 DEL SUR STREET<br>SAN FERNANDO, CA 91340 | $54.10 |
| CHARLES SADEK<br>P.O. BOX 717<br>NEW ROCHELLE, NY 10802 | $324.03 |

*plus next page*

CENTERPOINT BY SAVANT $181.39
9047 BRIDGEPORT PI
RANCHO CUCAMONGA, CA 91730

FV SCENERY $64.71
1105 SOUTH FREMONT AVENUE
ALHANBRA, CA 91803

BALDWIN HARDWIN CORP $193.21
P.O. BOX 77987
DETROIT, MI 48277

OLD WORLD CHRISTMAS $369.74
P.O. BOX 4800 UNIT #65
PORTLAND, OR 97208

VIRGINIA METALCRAFTERS $179.54
P.O. BOX 1068
WAYNESBORO, VA 22980

RICHARD FORBES DESIGN $31.29
142 HIGH STREET #326
PORTLAND, ME 04101

DANSK $159.98
P.O. BOX 930550
ATLANTA, GA 31193

ARTISANS $65.07
411 SOUTH FLOWER STREET
BURBANK, CA 91502

ALDIK ARTIFICIAL FLOWERS $143.13
401 MILFORD PARKWAY
ATTN: TERRY WILKENFELD
MILFORD, OH 45150

CHRONICLE BOOKS $173.74
P.O. BOX 44000, DEP. 44493
SAN FRANCISCO, CA 94144

DARTINGTON CRYSTAL $89.71
225 FIFTH AVENUE, SUITE 1200
NEW YORK, NY 10010

BLACHERE GROUP $62.47
10 BRIDGE STREET
WINSTED, CT 06098

*plus next page*

ADVANTA BUSINESS CARD $7521.27
1020 LAUREL OAK ROAD
ATTN: LEGAL/RECOVERY
VOORHEES, NJ 08043

FORTESSA $141.39
14110-C SULLYFIELD CIRCLE
CHANTILLY, VA 20151

MIKWRIGHT $31.22
1318 CENTRAL AVENUE #E2
CHARLOTTE, NC 28205

H. GEORGE CASPARI $123.39
P.O. BOX 845739
BOSTON, MA 02284

J & J REFUSE $6.34
P.O. BOX 448
DOVER, OH 44622

MALABAR GROVE, LTD. $68.37
28 SUTTON AVENUE
E. PROVIDENCE, RI 02914

VIETRI $203.35
P.O. BOX 460
HILLSBOROUGH, NC 27278

ROSENTHAL $584.18
P.O. BOX 9655
UNIONDALE, NY 11555

2. Trustee's check for $11,935.77, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

*ck # 10177*
*receipt # 81481*

Date: May 18, 2010

/s/ KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE